UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| LISA JENKINS, | ) | Civil Action Number: 4:22-cv-03610-TER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

On April 19, 2023, instead of filing a brief addressing the merits which was due on that date, Plaintiff filed a Motion to Dismiss. (ECF No. 16). Plaintiff's attorney stated that he explained to Plaintiff that by deciding to dismiss the court action that the ALJ's decision would be the final decision on her claim and her claim for benefits would not be further adjudicated. (ECF No. 16). The response time has run; there was no response from the Commissioner. The ALJ's findings are final:

> The claimant has not been under a disability, as defined in the Social Security Act, from June 7, 2019, the amended alleged onset date, through the date of this decision (20 CFR 404.1520(g)). Based on the application for a period of disability and disability insurance benefits protectively filed on May 27, 2020, the claimant is not disabled under sections 216(i) and 223(d) of the Social Security Act. Based on the application for disabled widow's benefits filed on June 10, 2020, the claimant is not disabled under sections 202(e) and 223(d) of the Social Security Act.

(Tr. 47). Plaintiff's Motion to Dismiss is granted and this action is dismissed. (ECF No. 16).

s/ Thomas E. Rogers, III
Honorable Thomas E. Rogers, III
United States Magistrate Judge

May 9, 2023
Florence, South Carolina